LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    vs.<br><br>Ralph Chatman,<br><br>           Defendant | No. CV A 10- **4499**<br><br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Ralph Chatman, in the principal amount of $4,832.90 plus interest accrued to May 3, 2010, in the sum of $8,450.40; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**13,283.30**.

DATED: JUNE 25, 2010        By: TERRRY NAFISI
                                Clerk of the Court

                                *[signature: Yvette Lewis]*
                                Deputy Clerk
                                United States District Court